E.W. BOWMAN, INC. and Vigilant Insurance Company, Petitioners,

v.

WORKERS' COMPENSATION APPEAL BOARD (WILSON and Great American Insurance Company), Respondents.

No. 655 WAL 2002.

Supreme Court of Pennsylvania.

June 16, 2003.

### ORDER

PER CURIAM.

AND NOW, this 16th day of June, 2003, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

In a case of first impression, whether the Commonwealth Court erred in holding that Section 306(c)(8)(vi) is inapplicable to an insurer, thereby rendering a decision in conflict with *Brown v. Travelers Insurance Company*, 434 Pa. 507, 254 A.2d 27 (1969)?

In a case of first impression, whether the Commonwealth Court erred in resurrecting the "last injurious exposure rule" by imposing liability upon Vigilant based upon the date of injury established by Section 306(c)(8)(ix) irrespective of evidence of causation?

The Petition for Leave to File Supplemental Petition for Allowance of Appeal is GRANTED.

The Petition for Supersedeas is DENIED.

COMMONWEALTH of Pennsylvania, Appellee,

v.

Steven HUTCHINSON, Appellant.

Supreme Court of Pennsylvania.

Submitted Dec. 3, 2002.

Decided June 17, 2003.

Robin S. Forrest, John Packel, Philadelphia, for Steven Hutchinson.

Catherine Lynn marshall, for Com.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

AND NOW, this 17th day of June, 2003 the appeal is dismissed as having been improvidently granted.